```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED:  1/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ROSS BALDWIN

ORDER

21-CR-428 (ER)

Upon the application of Defendant, Ross Baldwin, by and through his Attorney, Marc Neff, Esquire, and with the consent of the United States Attorney's Office, by and through its Assistant United States Attorney, Noah Solowiejczyk, and with the consent of Co-Defendant's Robert Jeffrey Johnson and Kathleen Hook, by and through their respective counsel:

It is hereby ORDERED that the status conference scheduled on January 20, 2022, at 10:00 a.m., is hereby adjourned until February 24, 2022, at 10:00 a.m.

It is further ORDERED that the time from January 20, 2022 through February 24, 2022, is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), in the interests of justice. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it would permit defense counsel to continue review of discovery and determine what motions, if any, the defense intends to file, as well as to permit the parties to discuss potential pre-trial disposition of this matter.

Dated: New York, New York
       January 18, 2022

_____
Honorable Edgardo Ramos
UNITED STATES DISTRICT JUDGE