UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ROSS BALDWIN

ORDER

21-CR-428 (ER)

Upon the application of Defendant, Ross Baldwin, by and through his Attorney, Marc Neff, Esquire, and with no objection from the United States Attorney's Office, by and through its Assistant United States Attorney, Noah Solowiejczyk, Esquire, it is hereby ORDERED that the defendant's conditions of pretrial release are amended as follows:

Ross Baldwin shall be permitted to leave the State of Florida on May 16, 2022 and travel to Cancun, Mexico. The defendant shall return to Florida on May 18, 2022.

It is further ORDERED that the defendant's passport is ordered returned to him forthwith. The defendant shall return his passport to pretrial services promptly upon his return from Cancun, Mexico.

Dated: New York, New York
April __28__, 2022

Honorable Edgardo Ramos
UNITED STATES DISTRICT JUDGE

The Clerk of the Court is respectfully directed to terminate the motions, docs. 46 and 47.