# NEFF & SEDACCA, P.C.
Criminal Defense Attorneys

MARC NEFF*
MARC@NEFFSEDACCA.COM

MATTHEW SEDACCA*
MATT@NEFFSEDACCA.COM

PENNSYLVANIA OFFICE
1600 Market Street
Suite 1416
Philadelphia, PA 19103
T: (215) 563-9800
F: (215) 563-9803

NEW JERSEY OFFICE
309 Fellowship Road
East Gate Center
Suite 200
Mount Laurel, NJ 08054
T: (856) 833 1833
F: (856) 833 1838

* Member of PA & NJ Bar

July 13, 2023

**MEMO ENDORSED**

**Via Electronic Case Filing**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   United States of America v. Ross Baldwin
      Criminal Docket No. 21-CR-428

Dear Judge Ramos:

As Your Honor knows, this office represents Ross Baldwin who previously pled guilty before Your Honor and is awaiting sentencing. We have a control date of July 26, 2023. The trial against Mr. Johnson and his co-defendant has been pushed to November 7, 2023. Accordingly, and with the Government's consent, we would request an adjournment of the sentencing until the co-defendant's trial has been completed. In talking with Assistant United States Attorney, Mr. Clore and I were contemplating a six month adjournment, if that meets with the Court's approval. We would ask the court to set another control date for Mr. Baldwin near the end of 2023 or early 2024.

Thank you for your kind consideration of this request.

Respectfully submitted:

/s/ Marc Neff, Esquire
Marc Neff
Attorney for Ross Baldwin

cc:   All counsel by ECF

---

The sentencing control date is adjourned to January 26, 2024 at 11 a.m.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 7/18/2023
New York, New York

NEFFSEDACCA.COM