UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       v.<br><br>ROSS BALDWIN,<br><br>               Defendant. | **ORDER**<br><br>21 Cr. 428-2 (ER) |

Ramos, D.J.:

      Upon the application of Defendant, Ross Baldwin, by and through his Attorney, Marc Neff, Esquire, and with no objection from the United States Attorney's Office, by and through its Assistant United States Attorney, Christopher Clore, Esquire, it is hereby ORDERED that the defendant's conditions of pretrial release are amended as follows:

      Ross Baldwin's passport is ordered returned to him forthwith so that he may renew the passport. The defendant shall return his passport to pretrial services promptly upon his return from Colombia.

      It is further ORDERED that Ross Baldwin shall be permitted to leave the State of Florida on July 26,2023 and travel to Colombia, The defendant shall return to Florida on August 6,2023.

      The Clerk of the Court is respectfully directed to terminate the motion, doc. 106.

      It is SO ORDERED.

Dated: July 18, 2023
       New York, New York

                                                               Edgardo Ramos, U.S.D.J.