UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

ROSS BALDWIN

ORDER

21-CR-428 (ER)

---

Upon the application of Defendant, Ross Baldwin, by and through his Attorney, Marc Neff, Esquire, and with no objection from the United States Attorney's Office, by and through its Assistant United States Attorney, Margaret Lynaugh, Esquire, it is hereby ORDERED that the defendant's conditions of pretrial release are amended as follows:

It is ORDERED that Ross Baldwin shall be permitted to leave the State of Florida on May 3, 2024 and travel to San Jose, California. The defendant shall return to Florida on May 5, 2024.

Dated: New York, New York
       April __30__, 2024

_____
Honorable Edgardo Ramos
UNITED STATES DISTRICT JUDGE