

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 8, 2024

**VIA ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Ross Baldwin*, 21 Cr. 428 (ER)

Dear Judge Ramos:

As the Court is aware, a control sentencing date has been set for July 26, 2024 for Defendant Ross Baldwin in the above-captioned case. Now that Mr. Baldwin's co-defendants have pled guilty, however, the Government respectfully requests that the Court (i) direct the Probation Department to prepare a presentence report for Mr. Baldwin, and (ii) set a sentencing date for Mr. Baldwin for after the completion of the presentence report. Counsel for Mr. Baldwin consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____
Maggie Lynaugh
Alex Rossmiller
Assistant United States Attorney
(212) 637-2415

cc:   Mark Neff, Esq. (via ECF)

---

Mr. Baldwin's sentencing is scheduled for October 11, 2024, at 11 a.m. Probation is respectfully directed to conduct a presentence investigation.
SO ORDERED.

_____
Edgardo Ramos, U.S.D.J.
Dated:  7/11/2024
New York, New York