UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                              :
UNITED STATES OF AMERICA                      :
                                              :    CONSENT PRELIMINARY ORDER
         - v. -                               :    OF FORFEITURE/
                                              :    <u>MONEY JUDGMENT</u>
ROSS BALDWIN,                                 :
                                              :    21 Cr. 428 (ER)
                    Defendant.                :
                                              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WHEREAS, on or about June 28, 2021, ROSS BALDWIN (the "Defendant") among others, was charged in a five count Indictment, 21 Cr.428 (ER) (the "Indictment"), with conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349 (Counts One and Two); wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2 (Counts Three and Four ); and false statements, in violation of Title 18, United States Code, Section 1001 (Count Five);

WHEREAS, the Indictment included a forfeiture allegation as to Counts One through Four of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One through Four of the Indictment, including but not limited to a sum of money in United States currency representing the proceeds traceable to the commission of the offenses charged in Counts One through Four of the Indictment;

WHEREAS, on or about January 25, 2023, the Defendant pled guilty to Counts One through Five of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts One through Four of the Indictment and agreed to forfeit, to the United States, pursuant to title 18, United States Code,

Section 981(a)(1)(C) and Title 28, Unites States Code, Section 2461, a sum of money in United States currency representing the proceeds traceable to the commission of the offenses charged in Counts One through Four of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $6,934,701.92 in United States currency, representing the amount of proceeds traceable to the commission of the offenses charged in Counts One through Four of the Indictment that the Defendant personally obtained, for which the Defendant is jointly and severally liable with his co-defendants, Robert Jefferey Johnson and Kathleen Hook (the "Co-defendants") to the extent forfeiture money judgments are entered against the Co-defendants in this case; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts One through Four of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Damian Williams, United States Attorney, Assistant United States Attorney Maragret Lynaugh, of counsel, and the Defendant and his counsel, Marc Neff, Esq., that:

1.  As a result of the offenses charged in Counts One through Four of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $6,934,701.92 of in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Counts One through Four of the Indictment that the Defendant personally obtained, for which the Defendant is jointly and severally liable with the Co-defendants, to the extent a forfeiture money judgments are entered against the Co-defendants in this case, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant ROSS BALDWIN, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment into the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure

8.  The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____          10/10/24
　　　Margaret Lynaugh                         DATE
　　　Assistant United States Attorney
　　　26 Federal Plaza
　　　New York, NY 10278
　　　(212) 637-2448

DEFENDANT

By: _____          10-11-24
　　　ROSS BALDWIN                             DATE

By: _____          10/11/24
　　　Marc Neff, Esq.                          DATE
　　　Attorney for Defendant
　　　Law Offices of Marc Neff
　　　1845 Walnut Street, Ste 1300
　　　Philadelphia, PA 19103

SO ORDERED:

_____              10/11/24
HONORABLE EDGARDO RAMOS                      DATE
UNITED STATES DISTRICT JUDGE